UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL RECKTENWALD,<br><br>                    Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>                    Respondents. | Case No. 3:15-cv-00187-RCJ-VPC<br><br>ORDER |

This habeas matter comes before the court on petitioner's counseled motion to extend time to seek leave to file a second-amended petition. Good cause appearing,

**IT IS ORDERED** that petitioner's motion to extend time to seek leave to file a second-amended petition (ECF No. 90) is **GRANTED**. Petitioner shall file his motion and proposed amended petition on or before May 16, 2016.

**IT IS FURTHER ORDERED** that petitioner's *pro se* motion to extend copywork limit (ECF No. 73), filed when he was represented by counsel, is not properly before the court and is therefore **STRICKEN**.

DATED: This 6th day of May, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE