UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL RECKTENWALD,<br><br>                              Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>                              Respondents. | Case No. 3:15-cv-00187-RCJ-VPC<br><br>ORDER |

This habeas matter comes before the court on petitioner's counseled motion for leave to file a second-amended petition (ECF No. 94). Respondents filed their non-opposition (ECF No. 96). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for leave file a second-amended petition (ECF No. 94) is **GRANTED**. The Clerk shall **DETACH** and **FILE** the second-amended petition (ECF No. 94-1).

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from the date of this order within which to answer, or otherwise respond to, the second-amended petition.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** after service of the answer or responsive pleading to file and serve his response.

**IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF No. 86) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion to stay consideration of respondents' motion to dismiss (ECF No. 87) is **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that second and third motions for extensions of time to file a motion for leave to file a second-amended petition (ECF Nos. 92 and 93) are both **GRANTED** *nunc pro tunc*.

DATED: This 16th day of September, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE