1  ADAM PAUL LAXALT
   Attorney General
2  HEATHER D. PROCTER (Bar No. 8621)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Phone: (775) 684-1271
   Fax: (684-1108
6  HProcter@ag.nv.gov
   Attorneys for Respondent
7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF NEVADA

10  PAUL RECKTENWALD,                    Case No. 3:15-cv-00187-RCJ-VPC

11          Petitioner,
                                          **MOTION FOR ENLARGEMENT OF**
12  vs.                                       **TIME (FIRST REQUEST)**

13  DWIGHT NEVEN, *et al.*,

14          Respondents.

15  Respondents, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada,

16  hereby respectfully move this Court for an order granting a forty-five (45) day enlargement of time, to

17  and including November 20, 2017, in which to file and serve their Answer.

18          This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure

19  and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and

20  other materials on file herein.

21          There has been no prior enlargement of Respondents' time to file said Answer, and this motion

22  is made in good faith and not for the purposes of delay.

23          RESPECTFULLY SUBMITTED this 6th day of October, 2017.

24                              ADAM PAUL LAXALT
                                Attorney General
25
                                By: /s/ Heather D. Procter
26                                  HEATHER D. PROCTER (Bar. No. 8621)
                                    Senior Deputy Attorney General
27

28

                                        1

1  ADAM PAUL LAXALT
       Attorney General
2  HEATHER D. PROCTER (Bar No. 8621)
       Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Phone: (775) 684-1271
   Fax: (684-1108
6  HProcter@ag.nv.gov
   Attorneys for Respondent
7

8                 **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE DISTRICT OF NEVADA**

10  PAUL RECKTENWALD,                    Case No. 3:15-cv-00187-RCJ-VPC

11         Petitioner,
                                         **DECLARATION OF COUNSEL**
12  vs.

13  DWIGHT NEVEN, *et al.*,

14         Respondents.

15  STATE OF NEVADA          )
                             : ss.
16  CARSON CITY              )

17         I, HEATHER D. PROCTER, hereby states, based on personal knowledge and/or information

18  and belief, that the assertions of this declaration are true:

19         1.     I am a Senior Deputy Attorney General employed by the Attorney General's Office of the

20  State of Nevada in the Bureau of Criminal Justice, Post-Conviction Unit, and I make this declaration on

21  behalf of Respondents' motion for enlargement of time.

22         2.     By this motion, I am requesting a forty-five (45) day enlargement of time, to and including

23  November 20, 2017, to answer the remaining grounds in Recktenwald's second-amended federal habeas

24  petition.  This is my first request for enlargement.

25         3.     The response is currently due October 6, 2017.

26         4.     I have been involved in defending federal and state petitions, including *Anderson v.*

27  *Neven* (2:14-cv-2015-JAD-VCF); *Blake v. Filson* (3:09-cv-032-RCJ-WGC) (death penalty); *Calvin v.*

28  *McDaniels* (3:08-cv-0033-LRH-RAM); *Castillo v. Filson* (2:04-cv-0868-RCJ-GWF) (death penalty);

1  *Gant v. Williams* (2:16-cv-0528-JAD-NJK); *Hanson v. Baker* (3:04-cv-0130-MMD-VPC); *Kirk v. Nev.*

2  *Dep't of Corr.* (3:16-cv-0079-MMD-VPC); *Lisle v. Filson* (2:03-cv-1005-JCM-CWH) (death penalty);

3  *McLellan v. Baker* (2:16-cv-3038-JCM-CWH); *Mitchell v. Baca* (3:16-cv-0384-LRH-WGC); *Mosby v.*

4  *Baker* (2:16-cv-3028-JCM-CWH); and *Turner v. Baker* (3:17-cv-0139-MMD-WGC).   In addition, I

5  will be out of the office November 3-13, 2017, on annual leave.  As such, I request a forty-five (45) day

6  enlargement of time to and including November 20, 2017, to file my answer.

7        5.      This motion for enlargement of time is made in good faith and not for the purpose of

8  unduly delaying the ultimate disposition of this case.

9        6.      I contacted the Federal Public Defender, Amelia Bizzaro, who has no objection to this

10  enlargement.

11        Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the

12  foregoing is true and correct.

13            /s/ Heather D. Procter
          HEATHER D. PROCTER

14

15            **ORDER**

16  IT IS SO ORDERED.

17  Dated this *18* day of *January*    , 2017.

18

19                          DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28