RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (fax)
amelia_bizzaro@fd.org

Counsel for Petitioner Paul Recktenwald



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL RECKTENWALD,<br><br>          Petitioner,<br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>          Respondents. | Case No. 3:15-cv-00187-RCJ-VPC<br><br>Unopposed Motion for Extension of Time to File a Reply in Support of Second Amended Petition<br><br>(First Request) |

       Petitioner Paul Recktenwald, by counsel, moves this Court for an order extending the time in which he must file a reply in support of his Second Amended petition by 60 days from December 20, 2019 to February 19, 2018. This motion is based upon the attached points and authorities and the record in this case.

### POINTS AND AUTHORITIES

       1.    On November 20, 2017, following a single 45-day extension, Neven filed a 98-page answer. ECF No. 113.

       2.    Recktenwald's Reply is due December 20, 2017, pursuant to this Court's September 16, 2016 Order. ECF No. 97.

       3.    This is Recktenwald's first request for an extension.

4.   Counsel was out of town from November 23 through November 28, 2017 and will be out of town for the day on December 20, 2017 to meet with a witness.

5.   In the last month, counsel has met several deadlines, including filing a reply brief in the Nevada Supreme Court on November 30, 2017, an opposition in this Court on December 5, 2017. Counsel's time has been primarily occupied by pre-hearing litigation for a case in which a three-day evidentiary hearing is scheduled to be held from January 16 through January 18, 2018 before the Hon. Miranda Du in Reno. In that case alone, counsel has filed two motions, two replies in support of her motion, one response to a motion, a pre-hearing brief, and a reply in support of her pre-hearing brief. All of these pleadings were filed, in conjunction with another attorney, between November 22, 2017 and December 19, 2017.

6.   Counsel is scheduled to be out of time from December 22 through December 26, 2017 to celebrate the holidays with her family.

7.   As a result of counsel's schedule, she has been unable to complete the reply in this case. This extension will give counsel enough time after completion of the hearing to file the reply in this case. This additional period of time is necessary to effectively and thoroughly represent Recktenwald. This motion is not filed for the purposes of delay, but in the interests of justice, as well as the interests of Recktenwald, and takes into consideration counsel's upcoming deadlines and obligations.

8.   On December 19, 2017, counsel contacted Senior Deputy Attorney General Heather D. Procter by e-mail, who does not object to this request.

9.   For the reasons above, as well as the record in this case, undersigned counsel asks this Court to grant this request for an extension of time and enter an order permitting him to file his reply on or before February 19, 2018.

Dated this 19th day of December, 2017.

                                     Respectfully submitted,

                                     RENE L. VALLADARES,
Federal Public Defender

*/s/ Amelia L. Bizzaro*
AMELIA L. BIZZARO
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: January 18, 2018