UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| PAUL RECKTENWALD, | Case No. 3:15-cv-00187-RCJ-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

This habeas matter comes before the court on a joint motion to seal exhibits under seal in order comply with Local Rule IC 6-1's requirements with respect to the names of minor children (ECF No. 118). Good cause appearing,

**IT IS ORDERED** that the joint motion to seal exhibits (ECF No. 118) is **GRANTED**.

DATED: 20 December 2018.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1